IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**EDWARD ORYEM**,

    Plaintiff,

v.                                                                                  No. CIV-10-1221 RB/LAM

**WILLIAM "Bill" RICHARDSON**, individually
and in his official capacity; **ARTHUR PEPIN**,
individually and in his official capacity;
**KAREN JANES**, individually and in her
official capacity; **ISABEL CHAVEZ**, individually
and in her official capacity; **TAMMY A. BENAVIDEZ**,
individually and in her officially capacity; and
**STATE OF NEW MEXICO**, ex rel. Department of
Public Safety – New Mexico State Police and
Taxation & Revenue Department –
Motor Vehicle Division,
Defendants.

## MEMORANDUM OPINION AND ORDER

    **THIS MATTER** comes before the Court on pro se Plaintiff Edward Oryem's Motion for Rule 54(b) certification, filed June 7, 2011 [Doc. 40]. The Defendants have not responded to the motion. Having considered the motion, the relevant case law, and otherwise being fully informed, the Court finds no good reason to interfere with the general policy against piecemeal review.

    **IT IS ORDERED** that Oryem's motion for Rule 54(b) certification [Doc. 40] is DENIED.

_____
ROBERT C. BRACK
UNITED STATES DISTRICT JUDGE